IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:20-CV-459-WKW |
| | )                    [WO] |
| TRACY JONES, *et al*., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 12, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record, it is ORDERED as follows:

(1) Plaintiff's claims against the Alabama Board of Pardons and Paroles is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) & (iii) as this Defendant is absolutely immune from suit;

(2) Plaintiff's due process claim challenging the fundamental legality of his incarceration as a parole violator is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as such claim currently provides no basis for relief;

(3) Plaintiff's supplemental state law claim is DISMISSED without prejudice to any right he may have to present this claim in state court as this court deems it inappropriate to exercise supplemental jurisdiction over this claim; and

(4) This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-iii).

Final judgment will be entered separately.

DONE this 11th day of September, 2020.

                                              /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE